UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MICHELLE LEGALL,**         **Plaintiff,** | ) JURY TRIAL DEMANDED ) ) |
| v. | ) Civil Action: 4:24-cv-04923 ) |
| **EQUIFAX,**        **Defendant.** | ) ) ) |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW**, Plaintiff, Michelle Legall and Defendant, Equifax, by and through their undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby submits this Stipulation of Dismissal with Prejudice in the above-styled action and stipulate to the dismissal of this case as both parties have reached a settlement that fully resolves their disputes and all claims. Accordingly, each party shall bear their own attorney's fees and costs.

**Respectfully submitted this 27th day of April 2025**.

/s/ *Kristie L. Lewis*
Kristie L. Lewis
Federal Bar No. 1356712
Texas Bar No. 24076510
**Law Office of Kristie L. Lewis**
2001 Timberloch Place, Ste. 500
The Woodlands, TX 77380
O: 832.598.7435
F: 832.209.8974
klewisattyatlaw@gmail.com
*Attorney for Plaintiff*

/s/ *Kate Stein*
Kate Stein
**Equifax, Inc.**
1550 Peachtree Street
Atlanta, GA 30309
O: 404.922.4549
F: 404.855.8800
kate.stein@equifax.com
*Attorney for Defendant*