United States District Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Michelle E. Legall, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-4923 |
| | § | |
| Equifax, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On April 27, 2025, Plaintiff, Michelle E. Legall, and Defendant, Equifax, filed a Joint Stipulation of Dismissal (docket no. 13) asserting that a settlement has been reached and stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the Stipulation and this action is hereby **DISMISSED WITH PREJUDICE** as to all claims asserted by Plaintiff, Michelle E. Legall, and Defendant, Equifax

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 28th day of April, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE